```
                           United States Bankruptcy Court
                                 District of Colorado
In re:                                                          Case No. 16-15359-TBM
David Michael Summers                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: elefanter            Page 1 of 1             Date Rcvd: Jul 21, 2016
                              Form ID: pdf904            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db             +David Michael Summers,    5775 Big Canon Drive,    Greenwood Village, CO 80111-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              Aaron J. Conrardy    on behalf of Interested Party Joli A. Lofstedt aconrardy@sendwass.com,
               Rhonda@sendwass.com;ECFAConrardy@gmail.com
              Benjamin  Swartzendruber    on behalf of Creditor    Arapahoe County Treasurer
               Bswartzendruber@arapahoegov.com,    wrossman@arapahoegov.com
              Daniel A. Hepner    on behalf of Interested Party Joli A. Lofstedt dhepner@sww-legal.com
              Jeffrey L. Hill    jeffreyhillpc@gmail.com,    jhill@ecf.epiqsystems.com
              Philip A. Pearlman    on behalf of Trustee Jeffrey L. Hill ppearlman@spencerfane.com,
               nschacht@spencerfane.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
*Minutes of Proceeding/Minute Order*

Date: July 21, 2016    Honorable Thomas B. McNamara, Presiding
Jaime Escudero, Courtroom Deputy

| In re: | Bankruptcy Case No. 16-15359 TBM |
|---|---|
| **David Michael Summers,** | Chapter 7 |
| **Debtor.** | |
| Joli A. Lofstedt, Chapter 7 Trustee for Lakeview Development Corporation | |
| Movant, v. | |
| David Michael Summers, | |
| Respondents. | |

Appearances

| Trustee | | Counsel | |
|---|---|---|---|
| Debtors | **David M. Summers** | Counsel | **Pro se** |
| Creditor | **Joli A. Lofstedt, Chapter 7 Trustee for Lakeview Development Corporation** | Counsel | **Aaron J. Conrardy** |

Proceedings:    Motion to Annul the Automatic Stay and Debtor's Response thereto.

[ ] No appearances    [X] Entries of appearances

[ ] Witnesses sworn    [ ] See attached list    [ ] Exhibits entered    [ ] See attached list    [X] Evidentiary[1]

Orders:

[X]    Relief sought in complaint/motion:    [ ] Granted    [X] Denied    [ ] Dismissed    [ ] Awarded by
[ ]    Judgment to enter for:    [ ] Plaintiff    [ ] Defendant    [ ] Applicant    [ ] Respondent
                                 [ ] In the amount of    $
[ ]    Matter taken under advisement
[ ]    Oral findings and conclusions made of record
[ ]    Formal order or judgment to enter
[ ]    Continued to

[X] Based on the representations of the parties and the Court's findings and conclusions of law, the Motion to Annul the Automatic Stay (Docket No. 24 and re-filed at No. 49) is DENIED.

Date: July 21, 2016

BY THE COURT:    FOR THE COURT:
                 *Kenneth S. Gardner, Clerk of Bankruptcy Court*

_____    By: _____
Thomas B. McNamara    Jaime Escudero, Courtroom Deputy
United States Bankruptcy Judge

---

[1] This hearing is considered evidentiary for statistical reporting purposes.