UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:                                                                                                               Chapter 7
                                                                                                        Case No. 16-15359-TBM

DAVID MICHAEL SUMMERS, AKA DAVID M. SUMMERS, AKA DAVE SUMMERS, AKA LAW OFFICE OF DAVID M. SUMMERS, and AKA HAZEN PROPERTIES, LLC, **Debtors**,

U.S. BANK NATIONAL ASSOCIATION, **Movant**,

vs.

DAVID MICHAEL SUMMERS, AKA DAVID M. SUMMERS, AKA DAVE SUMMERS, AKA LAW OFFICE OF DAVID M. SUMMERS, and AKA HAZEN PROPERTIES, LLC**,** and JEFFREY L. HILL, Trustee, **Respondents**

## MOTION FOR ABANDONMENT OF REAL PROPERTY

COMES NOW, Movant, U.S. BANK NATIONAL ASSOCIATION, its predecessors, successors, assigns, servicers, investors, and/or trustees, by and through its attorneys, Barrett Frappier & Weisserman, LLP, for its Motion for Abandonment of Real Property pursuant to 11 U.S.C. § 554(b), and Fed. R. Bank. P. 6007, and in support thereof states as follows:

1.      This Court has jurisdiction pursuant to 11 U.S.C. § 554(b) and Fed. R. Bank. P. 6007, as this is related to a pending proceeding in the United States Bankruptcy Court, District of Colorado, Chapter 7 Case No. 16-15359-TBM.

2.      Debtor is not an infant, incompetent person, and is not in the United States military service. An affidavit in support of this statement is attached hereto as **Exhibit 1**.

3.      Debtor is the owner of certain real property legally described as:

LOT 25, BLOCK 1, BIG CANON FILING NO. ONE, COUNTY OF ARAPHAHO, STATE OF COLORADO.

Which is known by street and number as: 5775 BIG CANON DR, GREENWOOD VILLAGE, COLORADO 80111 (the "Property").

4.      By virtue of the bankruptcy, the Property is considered to be an asset of the bankruptcy estate.

5. On or about January 09, 2012, Debtors, DAVID M SUMMERS, executed a promissory note ("Note") secured by a deed of trust ("Deed of Trust") encumbering the Property in the amount of $557,000.00 for the benefit of U.S. BANK NATIONAL ASSOCIATION ND. The Deed of Trust was recorded in the official records of ARAPAHOE County, Colorado, on January 19, 2012 at Reception No. D2007286. A copy of the Note is attached hereto as **Exhibit 2**. A copy of the Deed of Trust is attached hereto as **Exhibit 3**.

6. U.S. BANK NATIONAL ASSOCIATION, services the loan on the property referenced in this motion. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of U.S. BANK NATIONAL ASSOCIATION ("Noteholder"). Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder, directly or through an agent, has possession of the original promissory note and the promissory note is made payable to Noteholder, or has been duly endorsed.

7. As of May 5, 2017 the approximate amount due and owing to Movant's secured claim is $590,441.81, and it is a first lien on the property. Additionally, according to Debtor's Schedule D, there is a second lien on the Property in the amount of $85,204.00 and a third lien in the amount of $55,386.00 for liens totaling $731,031.81.

8. According to the Debtors' Schedule A, the Debtors value the Property in the amount of $650,000.00.

9. Pursuant to 11 U.S.C. § 554(b), an interested party may move for abandonment of property of the estate where such property has little or no value to the bankruptcy estate or where such property is burdensome to the bankruptcy estate.

10. There is no equity in the Property, and the Property has little or no value to the bankruptcy estate. In fact, the Property is a burden on the bankruptcy estate. As such, the Property should be abandoned by the bankruptcy estate.

11. On September 21, 2016, the Debtor was granted a discharge by this Court, thereby terminating the protection of the Debtors pursuant to 11 U.S.C. § 362.

WHEREFORE, Movant, U.S. BANK NATIONAL ASSOCIATION, its predecessors, successors, assigns, servicers, investors, and/or trustees respectfully requests the entry of an order abandoning the Property described above so that it is no longer considered property of the bankruptcy estate, along with such other and further relief as this Court deems proper.

DATED:   June 1, 2017                    BARRETT FRAPPIER & WEISSERMAN, LLP

                                          /s/ Lauren E. Tew
                                         Lauren E. Tew
E-FILED ORIGINAL                         1199 BANNOCK STREET
                                         DENVER, CO  80204
Document to be                           Telephone:  (303) 327-8781
retained in file of                      Telecopier:  (303) 813-1107
Barrett Frappier &                       Email Address:  co.ecf@bdfgroup.com
Weisserman, LLP

CERTIFICATE OF SERVICE

     The undersigned has confirmed that copies of a Motion for Abandonment of Real Property (including all applicable exhibits), Notice Pursuant to Local Rule 9013-1, proposed Order, and Affidavit Concerning Military Status were mailed, first class, postage prepaid on June 1, 2017 on all parties against whom relief is sought and those otherwise entitled to service pursuant to FRBP and these LBR at the following addresses:

PRO SE

JEFFREY L. HILL
11911 N. HWY 83, SUITE 207
PARKER, CO  80134

DEBTOR:
DAVID MICHAEL SUMMERS
5775 BIG CANON DR
GREENWOOD VILLAGE, CO 80111



U. S. Trustee
*By electronic notice only per written request

A copy of the Notice only was mailed to all Creditors and interested parties on the Creditor's matrix which is attached hereto.

                                             /s/ Lauren E. Tew
                                              Signature