UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:  
Chapter 7  
Case No. 16-15359-TBM

DAVID MICHAEL SUMMERS, AKA DAVID M. SUMMERS, AKA DAVE SUMMERS, AKA LAW OFFICE OF DAVID M. SUMMERS, and AKA HAZEN PROPERTIES, LLC, **Debtors**,

U.S. BANK NATIONAL ASSOCIATION, **Movant**,

vs.

DAVID MICHAEL SUMMERS, AKA DAVID M. SUMMERS, AKA DAVE SUMMERS, AKA LAW OFFICE OF DAVID M. SUMMERS, and AKA HAZEN PROPERTIES, LLC, and JEFFREY L. HILL, Trustee, **Respondents**

## ORDER ON MOTION FOR ABANDONMENT OF REAL PROPERTY

Upon motion by U.S. BANK NATIONAL ASSOCIATION requesting an Order requiring the Trustee to abandon property of the estate, no response having been received by the date set forth in the notice, the Court hereby

ORDERS that the Trustee abandon, as property of the bankruptcy estate, the real property described as:

LOT 25, BLOCK 1, BIG CANON FILING NO. ONE, COUNTY OF ARAPHAHO, STATE OF COLORADO.

Which is known by street and number as: 5775 BIG CANON DR, GREENWOOD VILLAGE, COLORADO 80111

Dated: June 23, 2017.

BY THE COURT:

*Thomas B. McNamara*
U.S. Bankruptcy Judge

CO - Ch. 7 MTA incl. 9013 and (P) Order Colorado/Colorado/00000006790174